# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARKUS O'SHEA PAYNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:09-cv-01845-RBP-RRA |
| | ) |
| ONEONTA POLICE DEPARTMENT, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 23, 2010, recommending that the plaintiff's claims against the Oneonta Police Department be dismissed. (Doc. 12.) It was further recommended that the plaintiff's excessive force and verbal abuse claims against Defendants Adamson and Roddam be referred to the magistrate judge for further proceedings. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED. Accordingly, the plaintiff's claims against Defendant Oneonta Police Department are due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. Additionally, the plaintiff's excessive force and verbal abuse claims against Defendants Adamson and Roddam are due to be referred to the magistrate judge for further proceedings.

A separate order will be entered.

DATED this 19th day of <u>April</u> , 2010.

*/s/ Robert B. Propst*

---

**ROBERT B. PROPST**

**SENIOR UNITED STATES DISTRICT JUDGE**